**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MACKENSY JESUS AMADOR PERDOMO ,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,

Respondents.

Case No.: 26cv5251 DMS (JLB)

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. In their Return, Respondents stated Petitioner was scheduled for a bond hearing but withdrew his request, therefore the Petition was moot. In an Amended Return, Respondents stated Petitioner had a second bond hearing after which an immigration judge ("IJ") denied his request for bond. Respondents also stated Petitioner "may still receive the relief to which he is entitled[,]" and therefore requested that the Court order another bond hearing. Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance. At that bond hearing, Petitioner shall have the burden of proving by a preponderance of the evidence that he does not pose a danger to the

community or a risk of flight if released on bond. The parties shall file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: October 26, 2026

Hon. Dana M. Sabraw
United States District Judge